UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **LUIS MIGUEL MARTINEZ MORALES**<br>    22 Avenida,<br>    Guatemala City, Guatemala<br><br>                            *Plaintiff,*<br><br>v.<br><br>**ANDREA M. GACKI, in her official capacity as**<br>    **Director of the United States**<br>    **Department of the Treasury,**<br>    **Office of Foreign Assets Control**<br>    1500 Pennsylvania Avenue, NW<br>    Freedman's Bank Building<br>    Washington, D.C. 20220<br><br>                            *Defendant,*<br><br>and<br><br>**THE UNITED STATES DEPARTMENT**<br>**OF THE TREASURY, OFFICE OF FOREIGN**<br>**ASSETS CONTROL**<br>    1500 Pennsylvania Avenue, NW<br>    Freedman's Bank Building<br>    Washington, D.C. 20220<br><br>                            *Defendant,*<br>and<br><br>**THE HONORABLE JANET YELLEN, in her**<br>    **official capacity as Secretary of the**<br><br>    **Department of Treasury**<br>      U.S. Department of Treasury<br><br>    1500 Pennsylvania Avenue NW<br>    Washington, DC 20220<br><br>                            *Defendant.* | Case No. 24-cv-02519 |

## **PROOF OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 4, the Court's Local Rule 5.3, and this Court's Standing Order, I hereby certify that, on September 10, 2024, a copy of the summons and the complaint in this matter were delivered via effective service to the United States Department of Justice and a copy of the email confirming receipt and acceptance of service with September 10, 2024, as the effective date of service is attached as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

September 16, 2024

Respectfully submitted,
/s/ Alexei Schacht, Esq.
Alexei Schacht, Esq.
123 West 94th Street,
New York, New York 10025
Telephone: (646) 729-8180
Fax: (212) 504-8341
Email: alexei@schachtlaw.net
D.C. Bar No. AS9304

*Attorney for Plaintiff*

# Exhibit A

From: USADC-ServiceCivil USADC.ServiceCivil@usdoj.gov
Subject: RE: [EXTERNAL] Luis Miguel Martinez Morales v. Department of Treasury et al., 24 cv 02519 (BAH)
Date: September 16, 2024 at 10:49 AM
To: Alexei Schacht alexei@schachtlaw.net

Your service package has been received and accepted with a service date of September 10, 2024. Thank you.

From: Alexei Schacht <alexei@schachtlaw.net>
Sent: Tuesday, September 10, 2024 9:39 AM
To: USADC-ServiceCivil <USADC-ServiceCivil@usa.doj.gov>
Subject: [EXTERNAL] Luis Miguel Martinez Morales v. Department of Treasury et al., 24 cv 02519 (BAH)

Good morning,

Please find attached a civil suit against the U.S. Department of the Treasury's Office of Foreign Assets Control, Janet Yellen in her official capacity as Secretary of the Department of Treasury and Andrea M. Gacki, sued in her official capacity as Director of OFAC. This case is being brought in the U.S. District Court for the District of Columbia by me on behalf of Mr. Luis Miguel Martinez Morales. On September 7, 2024, I served the complaint but neglected to add the summonses so both are attached here.

As per the Court's guidance, this email and attachment should constitute effective service of process under Federal Rule of Civil Procedure 4(i)(1)(A).

Very respectfully,
Alexei
Alexei Schacht
Attorney at Law
123 West 94th Street
New York, New York 10025
T: 646-729-8180
F: 212-504-8341
alexei@schachtlaw.net
www.schachtlaw.net