IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUIS MIGUEL MARTINEZ MORALES,<br><br>    *Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, *et al.*,<br><br>    *Defendants*. | No. 1:24-cv-02519-BAH |

**JOINT STATUS REPORT**

Pursuant to this Court's Standing Order 4(b)(i), Local Civil Rule 16.3(b), and Federal Rule of Civil Procedure 26(a)(1)(B)(i), the parties hereby jointly provide the court with their meet and confer report. Counsel for both parties conferred by telephone on January 2 and January 6, 2025.

This case involves, among other things, Plaintiff's allegation that Defendants violated the Administrative Procedure Act "by unreasonably delaying the removal of [Plaintiff] from the Global Magnitsky Act and the [Specially Designated Nationals and Blocked Persons ('SDN')] List, and by unreasonably delaying a written response to [Plaintiff's] request that he be removed from the Global Magnitsky Act and the SDN List." Compl. ¶ 34, ECF No. 5. The Office of Foreign Assets Control ("OFAC") intends to issue a written response by February 10, 2025, to Plaintiff's request to be removed from the Global Magnitsky Act and the SDN List.[1] At a

---

[1] As Defendants explained in their Answer, Plaintiff was not designated pursuant to the Global Magnitsky Act but was instead designated pursuant to Executive Order 13818, *Blocking the Property of Persons Involved in Serious Human Rights Abuse or Corruption*, 82 Fed. Reg. 60839 (Dec. 20, 2017). *See* Answer ¶¶ 9–10, 28, 34, ECF No. 12.

minimum, the issuance of OFAC's written response will significantly change the landscape of this unreasonable-delay case.

Accordingly, the parties propose that they meet and confer and subsequently submit a joint filing, providing the Court with proposed next steps, within seven days of Plaintiff's receipt of OFAC's written response to Plaintiff's request. During the meet and confer, the parties will discuss whether Plaintiff intends to dismiss or amend the complaint in response to OFAC's written response. If necessary, the parties' subsequent joint filing will include a proposed deadline for Defendants to produce the administrative record and a proposed schedule for cross-motions for summary judgment. *See* Standing Order 4(b)(i).

Dated: January 6, 2025

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

STEPHEN M. ELLIOTT
Assistant Director
Federal Programs Branch

*/s/ Cassandra M. Snyder*
CASSANDRA M. SNYDER (DC #1671667)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L St. NW
Washington, D.C. 20005
Tel: (202) 451-7729
Email: cassandra.m.snyder@usdoj.gov

*Counsel for Defendants*

*/s/ Alexei Schacht*
Alexei Schacht
DC Bar No. AS9304
123 West 94th Street

New York, New York 10025
Tel: (646) 729-8180
Fax: (212) 504-8341
alexei@schachtlaw.net

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

  I certify that on January 6, 2025, the foregoing was filed and served on counsel of record through the Court's CM/ECF system.

                */s/ Cassandra M. Snyder*
                CASSANDRA M. SNYDER