## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

LUIS MIGUEL MARTINEZ MORALES,

    *Plaintiff*,

v.

UNITED STATES DEPARTMENT OF
TREASURY, OFFICE OF FOREIGN
ASSETS CONTROL, *et al.*,

    *Defendants*.

No. 1:24-cv-02519-BAH

### STATUS REPORT AND CONSENT MOTION FOR ENTRY OF A SCHEDULE

Pursuant to the parties' Joint Status Report, ECF No. 13, Defendants hereby provide the Court with an update and the parties' agreed-upon schedule for further proceedings.  On February 18, 2025, counsel for Defendants conferred by phone with counsel for Plaintiff, who indicated that Plaintiff consents to the schedule proposed herein.

On February 10, 2025, the Office of Foreign Assets Control ("OFAC") issued a written response to Plaintiff's request to be removed from the Specially Designated Nationals and Blocked Persons (SDN) List.  Accordingly, Plaintiff has indicated that Plaintiff intends to file an amended complaint by February 25, 2025.  Following Plaintiff's amended complaint, the parties agree that this case can be resolved by cross-motions for summary judgment premised solely on the administrative record.  Defendants propose the following schedule, as agreed between the parties:

- Defendants shall provide Plaintiff with the administrative record within ninety days after Plaintiff files his amended complaint.

- Plaintiff shall file his motion for summary judgment within three weeks thereafter.

- Defendants shall file their combined motions for summary judgment and opposition to Plaintiff's motion for summary judgment within three weeks thereafter.

- Plaintiff shall file his combined reply in support of his motions for summary judgment and opposition to Defendants' motion for summary judgment within three weeks thereafter.

- Defendants shall file their reply in support of their motion for summary judgment within three weeks thereafter.

Accordingly, Defendants respectfully request entry of the proposed schedule.

Dated: February 18, 2025                    Respectfully submitted,

                                            BRIAN M. BOYNTON
                                            Principal Deputy Assistant Attorney General
                                            Civil Division

                                            STEPHEN M. ELLIOTT
                                            Assistant Director
                                            Federal Programs Branch

                                            */s/ Cassandra M. Snyder*
                                            CASSANDRA M. SNYDER (DC #1671667)
                                            Trial Attorney
                                            U.S. Department of Justice
                                            Civil Division, Federal Programs Branch
                                            1100 L St. NW
                                            Washington, D.C. 20005
                                            Tel: (202) 451-7729
                                            Email: cassandra.m.snyder@usdoj.gov

                                            *Counsel for Defendants*

## <u>CERTIFICATE OF SERVICE</u>

I certify that on February 18, 2025, the foregoing was filed and served on counsel of record through the Court's CM/ECF system.

*/s/ Cassandra M. Snyder*

CASSANDRA M. SNYDER
