# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **LUIS MIGUEL MARTINEZ MORALES** ) | |
| 22 Avenida, ) | |
| Guatemala City, Guatemala ) | |
| ) | |
| ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | Case No. 24-cv-02519 |
| v. ) | |
| ) | |
| **LISA M. PALLUCONI in her official capacity as**) | |
| **Acting Director of the United States** ) | |
| **Department of the Treasury,** ) | |
| **Office of Foreign Assets Control** ) | |
| 1500 Pennsylvania Avenue, NW ) | |
| Freedman's Bank Building ) | |
| Washington, D.C. 20220 ) | |
| ) | |
| *Defendant,* ) | |
| ) | |
| and ) | |
| ) | |
| **THE UNITED STATES DEPARTMENT** ) | |
| **OF THE TREASURY, OFFICE OF FOREIGN** ) | |
| **ASSETS CONTROL** ) | |
| 1500 Pennsylvania Avenue, NW ) | |
| Freedman's Bank Building ) | |
| Washington, D.C. 20220 ) | |
| ) | |
| *Defendant,* ) | |
| and ) | |
| ) | |
| **THE HONORABLE  SCOTT BESSENT, in his** ) | |
| **official capacity as Secretary of the** ) | |
| **Department of Treasury** ) | |
| U.S. Department of Treasury | |
| ) | |
| 1500 Pennsylvania Avenue NW ) | |
| Washington, DC 20220 ) | |
| ) | |
| *Defendant.* ) | |
| ) | |

## **PROOF OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 4, the Court's Local Rule 5.3, and this Court's

Standing Order, I hereby certify that, on February 24, 2025, a copy of the amended complaint in this matter was delivered via effective service to the United States Department of Justice and a copy of the email confirming receipt of same will be filed as soon as I receive it.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

February 24, 2025

Respectfully submitted,
/s/ Alexei Schacht, Esq.
Alexei Schacht, Esq.
123 West 94th Street,
New York, New York 10025
Telephone: (646) 729-8180
Fax: (212) 504-8341
Email: alexei@schachtlaw.net
D.C. Bar No. AS9304

*Attorney for Plaintiff*