IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LUIS MIGUEL MARTINEZ MORALES,<br><br>*Plaintiff*,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, *et al.*,<br><br>*Defendants*. | No. 1:24-cv-02519-BAH |

**DEFENDANTS' CONSENT MOTION TO WAIVE ANSWER**

Defendants respectfully request that the Court waive their obligation to answer or otherwise respond to Plaintiff's complaint. Pursuant to Local Rule 7(m), counsel for Defendants conferred with counsel for Plaintiff, who indicated that Plaintiff consents to the relief requested herein. As good cause in support of this motion, Defendants represent the following:

1. Plaintiff filed an amended complaint on February 24, 2024. *See* Er. Compl., ECF No. 5.

2. Defendants' deadline to answer the complaint is currently April 25, 2025. *See* Feb. 19, 2025 Min. Order.

3. Following Defendants' consent motion for entry of a schedule, ECF No. 14, the Court entered a schedule for cross-motions for summary judgment, *see* Feb. 19, 2025 Min. Order. Pursuant to that schedule, Defendants shall provide Plaintiff with the administrative record by May 26, 2025; Plaintiff shall file a motion for summary judgment by June 27, 2025; Defendants shall file a combined motion for summary judgment and opposition to Plaintiff's motion for summary judgment by July 28, 2025; Plaintiff shall file a combined reply in support of his motion for summary judgment and opposition to Defendants' motion

1

for summary judgment by August 22, 2025; and Defendants shall file a reply in support of their motion for summary judgment by September 19, 2025.  *See id*.

4. The parties agree that this Administrative Procedure Act case should be resolved on the basis of the administrative record through the parties' forthcoming cross-motions for summary judgment.  In light of the parties' agreement that this case can be resolved on the basis of such motions, Defendants submit that an answer in this case would serve little purpose.  Rather, the parties' and the court's time and resources would be better spent on producing the administrative record and on filing and resolving any subsequent dispositive motions.

Accordingly, Defendants respectfully request that the Court waive Defendants' obligation to answer Plaintiff's complaint.

Dated: April 18, 2025                                   Respectfully submitted,

                                                        YAAKOV M. ROTH
                                                        Acting Assistant Attorney General
                                                        Civil Division

                                                        STEPHEN M. ELLIOT
                                                        Assistant Director
                                                        Federal Programs Branch

                                                        /s/ *Cassandra M. Snyder*
                                                        CASSANDRA M. SNYDER
                                                        Trial Attorney (DC Bar # 1671667)
                                                        U.S. Department of Justice
                                                        Civil Division, Federal Programs Branch
                                                        1100 L Street N.W.
                                                        Washington, DC 20005
                                                        Tel (202) 451-7729
                                                        Email:  cassandra.m.snyder@usdoj.gov

                                                        *Counsel for Defendants*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 18, 2025, I electronically filed the foregoing paper with the Clerk of Court using this Court's CM/Doc. system, which will notify all counsel of record of such filing.

                                                       */s/ Cassandra Snyder*
                                                        CASSANDRA M. SNYDER
                                                        Trial Attorney

Case 1:24-cv-02519-BAH   Document 17   Filed 04/18/25   Page 3 of 3