IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LUIS MIGUEL MARTINEZ MORALES,

*Plaintiff*,

v.

UNITED STATES DEPARTMENT OF TREASURY, OFFICE OF FOREIGN ASSETS CONTROL, *et al.*,

*Defendants*.

No. 1:24-cv-02519-BAH

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO WAIVE ANSWER**

Upon consideration of Defendants' consent motion to waive their obligation to answer or otherwise respond to the complaint, it is hereby ORDERED that the motion is GRANTED.

It is further ORDERED that Defendants' obligation to answer or otherwise respond to the complaint is waived.

It is SO ORDERED.

Dated: _____

_____
BERYL A. HOWELL
United States District Judge