# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5289** **September Term, 2026**

**1:24-cv-02519-BAH**

**Filed On: October 20, 2026** **[2199134]**

Luis Miguel Martinez Morales,

Appellant

v.

Office of Foreign Assets Control of the United States Department of the Treasury, et al.,

Appellees

**M A N D A T E**

In accordance with the order of October 20, 2026, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Laura M. Morgan
Deputy Clerk

Link to the order filed October 20, 2026