# United States Court of Appeals
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 26-5289** **September Term, 2026**

**1:24-cv-02519-BAH**

**Filed On: October 20, 2026**

Luis Miguel Martinez Morales,

Appellant

v.

Office of Foreign Assets Control of the United States Department of the Treasury, et al.,

Appellees

## ORDER

Upon consideration of appellant's motion for voluntary dismissal, it is

**ORDERED** that the motion be granted and this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/
Laura M. Morgan
Deputy Clerk